HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-00207-2-AWI-BAM |
| Plaintiff, | ) | APPOINTMENT ORDER |
| v. | ) | |
| JOSE VALADEZ, JR., | ) | |
| Defendant. | ) | |

Pursuant to General Order No. 563 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), the Office of the Federal Defender is appointed to represent this defendant-movant, JOSE VALADEZ, JR., to determine whether he may qualify for relief under either 28 U.S.C. § 2255 or 28 U.S.C. § 2241 in light of the Supreme Court's decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015), and to present any petitions, motions, or applications relating thereto for disposition.  Due to a conflict, the Federal Defender respectfully requests that the Office of the Federal Defender be relieved from assuming appointment in the above captioned case and that attorney

**Katherine Louise Hart**
Law Offices of Katherine Hart
1600 Fulton Street, Suite 120
Fresno, Ca 93721
(559) 412-8900
(559) 256-9798 (fax)
kbackpacker2000@yahoo.com

be appointed counsel for JOSE VALADEZ, JR. for *Johnson* matters, further proceedings in district court, and any resulting appeal.


Dated:  June 29, 2016                          Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender

                                               */s/ Charles J. Lee*
                                               CHARLES J. LEE
                                               Assistant Federal Defender
                                               Brand Chief, Fresno Office

          I accept the appointment and ask the order to be granted.

DATED:  June 29, 2016


                                               */s/ Katherine L. Hart*
                                               KATHERINE L. HART
                                               Attorney at Law



IT IS SO ORDERED.

Dated:   June 29, 2016           _____
                                      SENIOR  DISTRICT  JUDGE