UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALDEZ, Jr.,<br><br>    Petitioner<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent | CASE NO. 1:14-CR-0207 AWI<br>(Civil Case No. 1:16-cv-0928 AWI)<br><br>ORDER REGARDING SUPPLEMENT<br>TO PRO SE PETITION |

Pursuant to Eastern District of California General Order 563, and following notice of a conflict of interest by the Federal Defendant's Office, the Court has appointed attorney Katherine Hart to represent Petitioner in this 28 U.S.C. § 2255 petition. See Doc. No. 55. The current petition before the Court is Petitioner's pro se filing. Given that Petitioner now has counsel, it is appropriate for counsel to be given the opportunity to supplement the pro se petition.

Accordingly, IT IS HEREBY ORDERED that, as soon as possible, but no later than 45 days from the service of this order, Petitioner's counsel shall either file a supplement to Petitioner's pro se § 2255 petition or notify the Court that she does not intend to file a supplement.[1]

IT IS SO ORDERED.

Dated:  July 6, 2016                                         _____
                                                                       SENIOR DISTRICT JUDGE

---

[1] If additional time is needed, counsel may file a request for an extension of time.