KATHERINE HART 76715
Attorney at Law
1600 Fulton, Suite 120
Fresno, Ca. 93721
Telephone: (559) 412-8900
Fax: (559) 256-9798
Email: kbackpacker2000@yahoo.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:14 – cr – 00207 AWI |
| *Respondent,* | ***ORDER APPROVING REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENT UNTIL SEPTEMBER 20, 2016*** |
| v. | |
| JOSE VALADEZ, Jr. | |
| Petitioner. | |

GOOD CAUSE APPEARING, it is hereby ordered that the supplement to Petitioner's *pro se* Petition may be filed on or before September 20, 2016.

IT IS SO ORDERED.

Dated:   August 15, 2016                            _____
                                                               SENIOR DISTRICT JUDGE

1