UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VALDEZ, JR.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO.  1:14-CR-207 AWI BAM<br>(Civil Case No. 1:16-CV-928 AWI)<br><br>ORDER STAYING CASE |

This is a petition for relief from sentence under 28 U.S.C. § 2255.

Petitioner, through his counsel, seeks relief based on the recent Supreme Court decisions in *Johnson v. United States*, 135 S.Ct. 2551 (2015) and *Welch v. United States*, 136 S.Ct. 1257 (2016).  Recently, the Ninth Circuit has given a petitioner in this Court a certification under 28 U.S.C. § 2255(h) to pursue a second or successive § 2255 petition based on *Johnson* and *Welch* issues.  See Howard v. United States, E.D. Cal. Docket No. 1:04-CR-5234 AWI at Doc. No. 310.  As part of the certification in *Howard*, the Ninth Circuit suggested that this Court stay the matter pending the Ninth Circuit's resolution of *United States v. Begay* (Appeal No. 14-10080).  See Howard at Doc. No. 310.  This Court followed the Ninth Circuit's suggestion and issued a stay.  See Howard at Doc. No. 312.  The issue raised in *Howard* is the same as the issue raised in this case, whether the term "crime of violence" in 18 U.S.C. § 924(c) is unconstitutionally vague.  See Doc. No. 59; Howard, Doc. No. 311.

In light of the stay in *Howard* at the Ninth Circuit's suggestion, the Court finds that it is prudent to stay this matter as well.  The Court will stay this matter pending resolution of *United States v. Begay* (Appeal No. 14-10080).  If, at any time prior to a decision in *Begay*, Petitioner's counsel believes that the stay should be lifted, counsel may file a properly supported motion to lift the stay.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that this case is stayed pending resolution by the Ninth Circuit Court of Appeals of the case of *United States v. Begay* (Appeal No. 14-10080).[1]

IT IS SO ORDERED.

Dated:   September 7, 2016

_____
SENIOR DISTRICT JUDGE

---

[1] Again, if Petitioner's counsel believes that the stay should be lifted prior to a decision by the Ninth Circuit of *Begay*, then counsel may file a properly supported motion to lift the stay.