| | |
|---|---|
| **JOSE VALDEZ, Jr.,**<br>    Petitioner<br>v.<br>**UNITED STATES OF AMERICA,**<br>    Respondent | **CASE NO. 1:14-CR-0207 AWI**<br>**(Civil Case No. 1:16-cv-0928 AWI)**<br><br>**ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE**<br><br>(Doc. No. 61) |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

On September 8, 2016, the Court stayed this 28 U.S.C. sec. 2255 matter pending resolution by the Ninth Circuit of *United States v. Begay* (Appeal No. 14-10080). See Doc. No. 60. Petitioner's petition implicates *Johnson v. United States*, 135 S.Ct. 2551 (2015) and *Welch v. United States*, S.Ct. 1257 (2016). See id.

On April 24, 2018, Petitioner filed a motion to lift stay. See Doc. No. 61. Petitioner argues that the Supreme Court's recent decision in *Sessions v. Dimaya*, in which the Supreme Court relied on *Johnson* to hold 18 U.S.C. secs. 16(a) and 16(b) unconstitutional. See id. Petitioner contends that *Sessions*'s rationale applies to this case and that it is no longer necessary to wait for the Ninth Circuit to decide *Begay*. See id. Petitioner also contends that if he successfully receives relief from this petition under *Johnson* and *Sessions*, his sentence will be significant affected in that he will have served the entirety of his Count 1 sentence. See id.

*Begay* has been pending for well over a year, and it is not clear when an opinion will actually issue. Further, Petitioner has indicated that his sentence will be significantly affected if the case continues to be stayed. Given the uncertainty surrounding *Begay* and Petitioner's remaining sentence, the Court concludes there is at least a fair probability that Petitioner will be

harmed by continuing the stay. See Dependable Highway Express, Inc. v. Navigators Ins. Co., 498 F.3d 1059, 1066 (9th Cir. 2007) (quoting Landis v. North American Co., 229 U.S. 248, 255 (1936)). Therefore, the Court finds that it is appropriate to lift the stay and order responses from the United States.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to lift stay (Doc. No. 61) is GRANTED and the stay in this case is LIFTED;
2. Within fourteen (14) days of service of this order, the United States shall file a response to Petitioner's 28 U.S.C. sec. 2255 petition (Doc. No. 59); and
3. Within ten (10) days of service of the United States' response, Petitioner shall file a reply.

IT IS SO ORDERED.

Dated:   May 8, 2018

_____
SENIOR DISTRICT JUDGE